UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOUIS HENRY SAUNDERS, JR.,

                Plaintiff,

-against-

NYC HEALTH AND HOSPITAL FAMILY COURT MENTAL HEALTH SERVICE; DAVID USDAN, PHD AND ASSOCIATES; MICHAEL DUNCANSON,

                Defendants.

25 CIVIL 1482 (LTS)

CIVIL JUDGMENT

For the reasons stated in the June 16, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   August 13, 2025

       New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                  Chief United States District Judge